NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MINUTE MAN PROPERTIES, L.P.,**
*Appellant,*

v.

**PATRICK R. DONAHOE, POSTMASTER GENERAL,**
*Appellee.*

---

2011-1433

---

Appeal from the Postal Service Board of Contract Appeals in nos. 6296 and 6337, Administrative Judge Gary E. Shapiro.

---

## ON MOTION

---

## ORDER

Minute Man Properties, L.P., moves for a 30-day extension of time, until December 29, 2011, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Catherine A. Sammartino, Esq.
     David A. Harrington, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 2 2011

JAN HORBALY
CLERK